Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Daryl Fountain

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| Daryl Fountain<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC et. al.<br>Defendants. | Case No.: 2:26-cv-1984-JDP<br><br>**~~[PROPOSED]~~ ORDER** |

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the Parties, Defendant Equifax Information Services, LLC, is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 21, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE